157 A.3d 851

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
MARCOS A. RIVERA, DEFENDANT-PETITIONER.

December 12, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004580–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

157 A.3d 851

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. BRIAN CROSS, DEFENDANT-PETITIONER.

December 12, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004074–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.